UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:12cv118 (WOB-SKB)**

**QUINTIN SCOTT**                                                                 **PETITIONER**

VS.                                          <u>ORDER</u>

**WARDEN, SOUTHERN OHIO
CORRECTIONAL FACILITY**                                          **RESPONDENT**

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. #8), and there being no objections filed, despite two lengthy extensions thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. #8) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (Doc. #1) be, and it hereby is, **dismissed with prejudice;** that <u>**no**</u> certificate of appealability shall be issued with respect to the claims alleged herein; with respect to any application by petitioner to proceed on appeal *in forma pauperis*, the Court certifies that any appeal would not be taken in "good faith," pursuant to 28 U.S.C. Section 1915(a)(3). A separate Judgment shall enter concurrently herewith.

This 21st day of October, 2013.



Signed By:
*William O. Bertelsman* WOB
United States District Judge